IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MATTHEW J. KIDDER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:19CV145 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner has paid the $5.00 filing fee. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall strike filing no. 5.

(2) The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

DATED this 25th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge