IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MATTHEW J. KIDDER, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV145 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing no. 10) is granted. The clerk's office shall replace the State of Nebraska with Scott R. Frakes, the Director of the Nebraska Department of Correctional Services, as the Respondent in this case.

DATED this 26th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge